■ RUTH KULZER, Respondent, v. DONALD F. KULZER, Appellant.— Stay continued upon condition that the appellant perfects appeal, files notes of issue and files and serves record and brief on or before February 20, 1960 and is ready for argument at the March Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. NICHOLAS A. KAMISAROFF, Appellant, against W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application for assignment of counsel denied. Application for extension of time denied as unnecessary. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of WILLIE M. JILES, Appellant, against WILLIAM J. MAHON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of SCHUYLER ·B. PATTERSON, Respondent, against JAMES W. GAYNOR, as the State Commissioner of Housing, et al., Appellants.— Motion to dismiss appeal granted, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of ROWLAND SANDWICK, Deceased, Appellant, against R. H. WHITING & SON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GIOVANNA SCANNAVINO, Appellant, against M & J DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN ELMER WINNIE, Appellant.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application for assignment of counsel granted and Peter M. Prior, Esq., 11 North Pearl Street, Albany, New York, is hereby assigned as counsel for appellant. Motion to require the County Clerk to supply trial minutes denied. Such application should be made to the County Court, Albany County. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of GILBERT FLEMING, Appellant, against BETHLEHEM STEEL Co., Respondent. WORKMEN'S COMPENSATION ·BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ KARL GOULD, Appellant, v. FIRST NATIONAL BANK OF NEWARK VALLEY et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before February 20, 1960 and is ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of IDA SCHNITZER, Appellant, against TORO HILL LODGE, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.